No. 445. Baldwin *v.* Iowa State Traveling Men's Assn. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit

granted. *Messrs. C. W. Prince, James Beery, Denton Dunn,* and *F. W. Lehmann, Jr.,* for petitioner. *Mr. J. M. Parsons* for respondent.